Katherine Corrigan, SBN 132226
CORRIGAN LAW CORPORATION,
A PROFESSIONAL LAW CORPORATION
5120 Campus Drive
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-752-8770
E-Mail corriganlaw@um.att.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     vs.<br><br><br>DEMETRIA TURNER,<br>          Defendant | Case No.: SA CR 05-00034-DOC(15)<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

**GOOD CAUSE SHOWING**, effective immediately, this Honorable Court hereby terminates Defendant's term of supervised release in the above-encaptioned case.

Dated: June 4, 2008

*[signature: David O. Carter]*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

cc: USPO

1

Order Re Early Termination of Supervised Release

**CERTIFICATE OF SERVICE**

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Law Corporation, APLC, 5120 Campus Drive, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That on June 16, 2008, I caused to be served by facsimile a copy of:

**[PROPOSED] ORDER**

on the following persons:

**Michelle Armstrong, USDPO          213-894-3620**
**United States Probation Office**
**600 United States Courthouse**
**312 N. Spring St.**
**Los Angeles, CA 90012**

This Certificate is executed on June 16, 2008, at Newport Beach, California. I certify under penalty of perjury that the foregoing is true and correct.

June 16, 2008          /s/_____
                       Katherine T. Corrigan

2

Order Re Early Termination of Supervised Release